IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hollis, Laytoya D

Printed: 11/25/08

Case Number: 06 B 07421
Judge: Hollis, Pamela S
Filed: 6/23/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 5, 2008
Confirmed: August 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 40,796.32 |  |
| Secured: |  | 26,516.60 |
| Unsecured: |  | 8,905.75 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,057.97 |
| Trustee Fee: |  | 2,222.40 |
| Other Funds: |  | 93.60 |
| Totals: | 40,796.32 | 40,796.32 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 3,000.00 | 3,000.00 |
| 2. | Ledford & Wu | Administrative | 57.97 | 57.97 |
| 3. | Citi Residential Lending Inc | Secured | 24,679.07 | 24,679.07 |
| 4. | Citi Residential Lending Inc | Secured | 8,309.38 | 1,837.53 |
| 5. | Illinois Student Assistance Commission | Unsecured | 3,132.40 | 7,032.06 |
| 6. | Jefferson Capital | Unsecured | 1,279.71 | 1,279.71 |
| 7. | CB USA | Unsecured | 394.95 | 394.95 |
| 8. | Peoples Energy Corp | Unsecured | 204.14 | 199.03 |
| 9. | Unifund Corporation | Unsecured |  | No Claim Filed |
| 10. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 11. | Comcast | Unsecured |  | No Claim Filed |
|  |  |  | $ 41,057.62 | $ 38,480.32 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 647.99 |
| 5.4% | 951.25 |
| 6.5% | 623.52 |
| 6.6% | (0.36) |
|  | $ 2,222.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hollis, Laytoya D

Printed: 11/25/08

Case Number:  06 B 07421
Judge:  Hollis, Pamela S
Filed:  6/23/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

